# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| MARGIE CLARK, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:21-cv-17 |
| v. | * |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | * |
| Defendant. | * |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 18. Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **AFFIRMS** the Commissioner's decision, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment.

**SO ORDERED**, this ___1___ day of ___July___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)