AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARGIE CLARK,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 5:21-cv-017

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 1, 2022, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, the Commissioner's decision is affirmed, and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_July 17, 2022_
Date

John E. Triplett, Acting Clerk
Clerk

_Jamie Sabalza_
(By) Deputy Clerk